TAYLOR-WHITE EXTRACTING COMPANY, APPELLANT, v. STATE HIGHWAY COMMISSION, RESPONDENT.

Argued October 17, 1928—Decided February 4, 1929.

For the appellant, *Starr, Summerill & Lloyd.*

For the respondent, *Edward L. Katzenbach* and *Fred W. De Voe.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, KALISCH, KATZENBACH, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.